

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00128-CR

Lori P. **BALDERAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5244
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 29, 2020.

_____
Patricia O. Alvarez, Justice